Order filed January 29, 2015



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00947-CV

_____

**MARIANN BACHARACH, Appellant**

**V.**

**JOHN DOE, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1050977**

## ORDER

This is an accelerated appeal from the denial of appellant's motion to dismiss pursuant to Chapter 27 of the Texas Civil Practice and Remedies Code. Appellant filed affidavits of indigence in the trial court and this court. The county clerk filed contests to both affidavits. On January 20, 2015, the trial court signed an order sustaining the county clerk's contest and ordering appellant to pay the costs of appeal. Appellant has filed a motion in this court challenging the trial court's order.

In order to review the trial court's finding, this court must review the reporter's record of the indigence hearing. Accordingly, we issue the following order:

We order Gina Oliver, the official court reporter for the County Civil Court at Law No. 2 to file a reporter's record from the indigence hearing with this court on or before **February 3, 2015**.